UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CARTER SECURITIES, LLC,

                Plaintiff,

  -against-

MARKETING WORLDWIDE CORPORATION,

                Defendant.
------------------------------------------------------------------x

RULE 7.1 STATEMENT

07 Civ.

    Defendant Marketing Worldwide Corporation, pursuant to F.R.C.P. 7.1, states that it is publicly-traded, that it has no parent corporation and that there is no publicly-traded corporation that owns at least 10% of its stock.

Dated: New York, New York
       November 28, 2007

FERBER CHAN ESSNER & COLLER, LLP

By:_____
    Robert M. Kaplan (RK1428)
Attorneys for Defendant
530 Fifth Avenue
New York, New York 10036-5101
(212) 944-2200

72677