UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CARTER SECURITIES, LLC,                              :
                                                     :
               Plaintiff,                           :
                                                     :    07 Civ. 10671
  -against-                                         :
                                                     :
MARKETING WORLDWIDE CORPORATION,                     :
                                                     :
               Defendant.                           :
-------------------------------------------------------------------x

## DECLARATION OF SERVICE

STATE OF NEW YORK    )
                    )ss:
COUNTY OF NEW YORK)

        ROBERT M. KAPLAN, under penalty of perjury, declares as follows:

        1.     I am an attorney at law, admitted to practice before this Court and a member of Ferber Chan Essner & Coller, LLP, attorneys for defendant.

        2.     On December 3, 2007, I served defendant's Notice of Removal upon the Law Offices of Kenneth A. Zitter, Esq., attorneys for plaintiff, at 260 Madison Avenue, New York, New York 10016, the address designated by said attorneys for that purpose, by depositing a true copy of same in a properly addressed, postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated:    New York, New York
            December 4, 2007

                                                                 /s/Robert M. Kaplan
                                                                 ROBERT M. KAPLAN

41232