LAW OFFICES
**KENNETH A. ZITTER**
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000



12/21/07

December 20, 2007

Hon. Barbara S. Jones
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

        Re: <u>Carter Securities, LLC v. Marketing Worldwide Corporation</u>
            07 CV 10671 (BSJ)

Dear Judge Jones:

    We are counsel to the Plaintiff in the captioned matter. This case was recently removed from the State Court to the District Court. Defendant has brought on a motion to dismiss the Complaint which is returnable January 4, 2008.

    Subject to the Court's consent, the parties have agreed that the return date for the motion should be adjourned to February 4, 2008 and that Plaintiff shall serve its responsive papers on or before January 28, 2008.

    We respectfully request the Court grant such adjournment. There has been no previous request for any adjournment.

                                           Respectfully,

                                           Kenneth A. Zitter

KAZ/nr

cc: Robert M. Kaplan, Esq.

by fax

Application Granted

SO ORDERED
Dated:
                BARBARA S. JONES
                U.S.D.J.

12/20/07