------------------------------------------------------------X

USDC

# 07 CV 10671 ECF

## Carter Securities LLC v.
## Marketing Worldwide Corp.

ORDER OF REFERENCE
nunc TO A MAGISTRATE JUDGE

07 Civ. 10671 (BSJ)(MHD)

------------------------------------------------------------X

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

X    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___    Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___    Specific Non-Dispositive Motion/Dispute:*

_____

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___    Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___    Habeas Corpus

___    Social Security

___    Settlement*

___    Inquest After Default/Damages Hearing

___    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions:  ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
        12/18/07

United States District Judge