United States District Court
Southern District of New York
------------------------------------------------------x

Carter Securities, LLC,

                       Plaintiff,                    Notice of Appearance

                         v.                             07 Civ. 10671 (BSJ)

Marketing Worldwide Corporation,

                       Defendant.

------------------------------------------------------x

Sirs:

      Please take notice that the Law Offices of Kenneth A. Zitter, 260 Madison Avenue, 18th Floor, New York, New York 10016 hereby appears as attorneys for Plaintiff Carter Securities, LLC in the captioned matter.

Dated: New York, New York
          January 2, 2008

                                                                        Law Offices of Kenneth A. Zitter

                                                                        By_____
                                                                         Kenneth A. Zitter
                                                                    Attorneys for Plaintiff
                                                                          Carter Securities, LLC
                                                                    260 Madison Avenue, 18th Floor
                                                                     New York, NY 10016
                                                                    212-532-8000

To:    Robert M. Kaplan, Esq.
          Ferber Chan Essner & Coller, LLP
          Attorneys for Defendant