United States District Court
Southern District of New York
------------------------------------------------------x

Carter Securities, LLC,

                Plaintiff,                    <u>Affirmation</u>

                    v.                         07 Civ. 10671 (BSJ)

Marketing Worldwide Corporation,

                Defendant.

------------------------------------------------------x

    Kenneth A. Zitter, an attorney duly admitted to practice in this Court, hereby affirms under penalties of perjury.

    1. Attached hereto as Exhibit A is a true copy of a Term Sheet duly executed by Vision Opportunity Master Fund, Ltd. ("VOMF") and Marketing Worldwide Corporation ("MWWC") on or about January 30, 2007.

    2. Attached hereto as Exhibit B is a true copy of a Term Sheet duly executed by VOMF and MWWC on or about March 11, 2006.

    3. Attached hereto as Exhibit C is a true copy of the Stock Purchase Agreement executed by VOMF and MWWC on or about April 23, 2007.

4. Attached hereto as Exhibit D are true copies of the Series D, E and F Warrants issued pursuant to the Stock Purchase Agreement.

Dated: New York, New York
January 28, 2008

Law Offices of Kenneth A. Zitter

By _____
Kenneth A. Zitter
Attorneys for Plaintiff
  Carter Securities, LLC
260 Madison Avenue, 18th Floor
New York, NY 10016