**EXHIBIT A**
to the
**SERIES A CONVERTIBLE PREFERRED STOCK PURCHASE AGREEMENT FOR
MARKETING WORLDWIDE CORPORATION**

| Names and Addresses of the Purchasers | Investment Amount | Shares & Warrants Purchased |
|---|---|---|
| Vision Opportunity Master Fund, Ltd.<br>c/o Vision Opportunity Capital Management, LLC<br>20 West 55th Street<br>New York, New York 10019<br><br>Attn: Antti Uusiheimala | $3,500,000.00 | 3,500,000 Shares Series A Convertible Preferred Stock (7,000,000 Conversion Shares)<br><br>Series A Warrants: 3,500,000<br>Series B Warrants: 3,500,000<br>Series C Warrants: 3,500,000<br>Series J Warrants: 5,000,000<br>Series D Warrants: 2,500,000<br>Series E Warrants: 2,500,000<br>Series F Warrants: 2,500,000 |

i

**EXHIBIT B**
to the
**SERIES A CONVERTIBLE PREFERRED STOCK PURCHASE AGREEMENT FOR MARKETING WORLDWIDE CORPORATION**

**FORM OF CERTIFICATE OF DESIGNATION**

**<u>EXHIBIT C-1</u>**
to the
**SERIES A CONVERTIBLE PREFERRED STOCK PURCHASE AGREEMENT FOR
MARKETING WORLDWIDE CORPORATION**

**FORM OF SERIES A WARRANT**

**<u>EXHIBIT C-2</u>**
to the
**SERIES A CONVERTIBLE PREFERRED STOCK PURCHASE AGREEMENT FOR MARKETING WORLDWIDE CORPORATION**

**FORM OF SERIES B WARRANT**

**<u>EXHIBIT C-3</u>**
to the
**SERIES A CONVERTIBLE PREFERRED STOCK PURCHASE AGREEMENT FOR
MARKETING WORLDWIDE CORPORATION**

**FORM OF SERIES C WARRANT**

**EXHIBIT C-4**
to the
**SERIES A CONVERTIBLE PREFERRED STOCK PURCHASE AGREEMENT FOR
MARKETING WORLDWIDE CORPORATION**

**FORM OF SERIES J WARRANT**

**EXHIBIT C-5**
to the
**SERIES A CONVERTIBLE PREFERRED STOCK PURCHASE AGREEMENT FOR MARKETING WORLDWIDE CORPORATION**

**FORM OF SERIES D WARRANT**

**EXHIBIT C-6**
to the
**SERIES A CONVERTIBLE PREFERRED STOCK PURCHASE AGREEMENT FOR MARKETING WORLDWIDE CORPORATION**

**FORM OF SERIES E WARRANT**

**EXHIBIT C-7**
to the
**SERIES A CONVERTIBLE PREFERRED STOCK PURCHASE AGREEMENT FOR MARKETING WORLDWIDE CORPORATION**

**FORM OF SERIES F WARRANT**

**EXHIBIT D**
to the
**SERIES A CONVERTIBLE PREFERRED STOCK PURCHASE AGREEMENT FOR MARKETING WORLDWIDE CORPORATION**

**FORM OF REGISTRATION RIGHTS AGREEMENT**

**EXHIBIT E**
to the
**SERIES A CONVERTIBLE PREFERRED STOCK PURCHASE AGREEMENT FOR MARKETING WORLDWIDE CORPORATION**

**FORM OF LOCK –UP AGREEMENT**

<u>**EXHIBIT F**</u>
to the
**SERIES A CONVERTIBLE PREFERRED STOCK PURCHASE AGREEMENT FOR
MARKETING WORLDWIDE CORPORATION**

**FORM OF ESCROW AGREEMENT**