

# FERBER CHAN ESSNER & COLLER, LLP
530 FIFTH AVENUE
NEW YORK, NEW YORK 10036-5101

TEL: (212) 944-2200
FAX: (212) 944-7630

BY FAX                                                              February 1, 2008

Honorable Barbara S. Jones
United States District Court,
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    Carter Securities, LLC v. Marketing Worldwide Corp., 07 Civ. 10671 (BJ)

Dear Judge Jones:

        This firm represents the defendant in this matter, which was removed to the Southern District on November 29, 2007.

        Defendant's motion to dismiss is returnable on February 4, 2008. Subject to the Court's approval, the parties have agreed that the return date for the motion should be adjourned to February 6, 2008, along with the due date of defendant's reply papers.

        We respectfully request that the Court grant such adjournment. There has been one previous request for an adjournment.

                                                             Respectfully,

                                                            Robert N. Chan

So Ordered:

_____
U.S.D.J.
Feb. 4, 2008

cc:    Kenneth A. Zitter, Esq.

73244