```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
CARTER SECURITIES, LLC,             :
                                    :
              Plaintiff,            :
                                    :         ORDER
       -against-                    :
                                    :         07 Civ. 10671 (BSJ)(MHD)
MARKETING WORLDWIDE CORP.,          :
                                    :
              Defendant.            :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a pre-trial conference has been scheduled in the above-captioned action on **THURSDAY, FEBRUARY 14, 2008 at 12:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
February 5, 2008

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Kenneth A. Zitter , Esq.
Law Offices of Kenneth A. Zitter
260 Madison Avenue
New York, NY 10016

Robert Manuel Kaplan, Esq.
Ferber Chan Essner & Coller, LLP
530 Fifth Avenue
New York, NY 10036-5101