```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
CARTER SECURITIES, LLC,             :
                                    :
                Plaintiff,          :
                                    :         ORDER
        -against-                   :
                                    :   07 Civ. 10671 (BSJ)(MHD)
MARKETING WORLDWIDE CORP.,          :
                                    :
                Defendant.          :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    A pre-trial conference having been held today with counsel for the plaintiff, and defendant's attorney having failed to appear,

    It is hereby **ORDERED** as follows:

    1.  All fact discovery is to be completed by June 30, 2008.

    2. Plaintiff is to designate its expert witnesses and provide the information required under Fed. R. Civ. P. 26(a)(2)(B) by June 30, 2008. Defendant is to provide the equivalent information by July 7, 2008.

    3. All remaining expert witness discovery is to be completed by July 14, 2008.

4. The parties are to submit a joint pre-trial order by August 14, 2008, unless a potentially dispositive motion has been served by that date.

DATED:  New York, New York
        February 14, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Kenneth A. Zitter , Esq.
Law Offices of Kenneth A. Zitter
260 Madison Avenue
New York, NY 10016

Robert Manuel Kaplan, Esq.
Ferber Chan Essner & Coller, LLP
530 Fifth Avenue
New York, NY 10036-5101