TEL: (212) 944-2200
FAX: (212) 944-7630

FEB 15 2008

JUDGE

2/19/08

February 15, 2008

BY FAX (212-805-7928)

Magistrate Judge Michael H. Dolinger
United States Magistrate Judge
United States District Court,
 Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Carter Securities, LLC v. Marketing Worldwide Corp., 07 Civ. 10671

Dear Magistrate Judge Dolinger:

This firm represents the defendant in this matter and I am writing to express my most sincere apology for my failure to appear at yesterday's scheduled conference. Prior to today I was out sick all week with strep pneumonia and in my debilitated state I simply forgot about the conference. This is the first time this has happened in over 27 years of practice and I could not be more remorseful. I would simply ask that my client not be punished for my oversight and that the conference be rescheduled.

Respectfully submitted,

Robert M. Kaplan

73291

ENDORSED ORDER

We have issued a scheduling order. Counsel is free to request another conference if there is a need for one. The court appreciates counsel's explanation for his non-appearance, which will of course have no effect on his client's position in this case.

2/15/08 [signature]