# FERBER CHAN ESSNER & COLLER, LLP

530 FIFTH AVENUE
NEW YORK, NEW YORK 10036-5101

TEL: (212) 844-2200
FAX: (212) 844-7630

2/20/08

February 20, 2008

BY FAX (212-805-7928)

Magistrate Judge Michael H. Dolinger
United States Magistrate Judge
United States District Court,
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007


RECEIVED
FEB 20 2008

Re: Carter Securities, LLC v. Marketing Worldwide Corp., 07 Civ. 10671

Dear Magistrate Judge Dolinger:

    This firm represents the defendant in this matter and we are writing to request a conference with regard to the scheduling order issued by Your Honor. Defendant's threshold motion to dismiss the entire complaint was submitted to Judge Jones on February 6, 2008 and remains *sub judice*. Until that motion is decided and there is a determination as what issues, if any, remain to be litigated, there is no reason for the parties to incur the costs of pre-trial disclosure. As a result, defendant believes that all discovery should be stayed until that motion is decided.

Respectfully submitted,

Robert M. Kaplan

ENDORSED
ORDER

Application denied

/s/ MHD
2/20/08

73432

FERBER CHAN ESSNER & COLLER, LLP

Magistrate Judge Michael H. Dolinger
February 20, 2008
Page 2

cc:   Kenneth A. Zitter, Esq. (by fax)