UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
CARTER SECURITIES, LLC,
                                    :
                Plaintiff,
                                    :
                                      **ORDER**
        -against-
                                    :   **07 Civ. 10671 (BSJ)(MHD)**
MARKETING WORLDWIDE CORP.,
                                    :
                Defendant.
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a pre-trial conference has been

scheduled in the above-captioned action on **THURSDAY, JUNE 12,**

**2008 at 3:30 PM**, at which time you are directed to appear in

Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312.

Any requests for adjournment of this scheduled conference must be

in writing, with copies to all other parties, and must be

preceded by reasonable efforts by the requesting party to obtain

the consent of those parties.

**DATED: New York, New York**
       **June 3, 2008**

                                        SO ORDERED.


                                        _____

                                        **MICHAEL H. DOLINGER**
                                        **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been mailed this date to:

Kenneth A. Zitter, Esq.
Law Offices of Kenneth A. Zitter
260 Madison Avenue
New York, NY 10016

Robert Manuel Kaplan, Esq.
Ferber Chan Essner & Coller, LLP
530 Fifth Avenue
New York, NY 10036-5101