USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

LAW OFFICES
# KENNETH A. ZITTER
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000

June 6, 2008

Magistrate Judge Michael J. Dolinger
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>Carter Securities, LLC v. Marketing Worldwide Corporation</u>
07 CV 10671 (BSJ)

Dear Magistrate Judge Dolinger:

    We are attorneys representing Plaintiff Carter Securities, LLC ("Carter"). Your Honor has scheduled a conference for June 12, 2008 at 3:30 P.M. to resolve certain discovery issues which have arisen.

    We request that the hearing be adjourned. Carter is currently seeking other counsel to represent it in this matter. If Carter does not have new counsel shortly, we intend to move to withdraw as counsel in this matter.

    Under the circumstances, we respectfully submit that it would be inappropriate for us to attend the hearing representing Carter. We respectfully request, therefore, that the hearing be adjourned until substitute counsel appears.

Respectfully,

Kenneth A. Zitter

KAZ/nr

cc: Robert M. Kaplan, Esq. (by fax)
    Mr. John Lipman (by fax)

by fax

ENDORSED ORDER

Application denied.

[signature]
6/6/08