United States District Court
Southern District of New York
-----------------------------------------------------------x

Carter Securities, LLC,

      Plaintiff,

  v.

Marketing Worldwide Corporation,

      Defendant.

-----------------------------------------------------------x

Oral Argument Requested

Notice of Motion

07 CV 10671 (BSJ)

6/12/08

  Please take notice that upon the annexed affirmation of Kenneth A. Zitter affirmed under penalties of perjury on June 11, 2008, the undersigned Law Offices of Kenneth A. Zitter moves before Magistrate Judge Michael H. Dolinger to withdraw as counsel of record for Plaintiff Carter Securities, LLC.

Dated: New York, New York
   June 11, 2008

                Law Offices of Kenneth A. Zitter

                By_____
                 Kenneth A. Zitter
                Attorneys for Plaintiff
                 Carter Securities, LLC
                260 Madison Avenue, 18th Floor
                New York, NY 10016
                (212) 532-8000

To: Robert M. Kaplan, Esq.

   Mr. John Lipman

ENDORSED ORDER

The application of Mr. Zitter to withdraw as counsel for plaintiff is granted. The case is stayed until July 11, 2008 to permit plaintiff to arrange for new counsel to file a notice of appearance. At that time the court will establish a modified case management schedule.

6/12/08
[signature]