UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

CARTER SECURITIES, LLC,

                Plaintiff,

    - against -

MARKETING WORLDWIDE CORPORATION,

                Defendant.

------------------------------------------------------------------- X

07 CV 10671 (BSJ)(MHD)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT:

    Please enter the appearance of Greenberg Traurig, LLP in this case as counsel for Plaintiff Carter Securities, LLC.

    Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
       July 16, 2008

                              Respectfully submitted,

                              GREENBERG TRAURIG, LLP

                              By: _____
                                   James W. Perkins (JWP 6684)
                              MetLife Building, 200 Park Avenue
                              New York, New York 10166
                              (212) 801-9200

TO:    FERBER CHAN ESSNER & COLLER, LLP
        *Attorneys for Defendant*
        530 Fifth Avenue
        New York, New York 10036
        (212) 944-2200

NY 238,854,543v1