```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CARTER SECURITIES, LLC,
                                    :
          Plaintiff,                         ORDER
                                    :
     -against-                            07 Civ. 10671 (BSJ)(MHD)
                                    :
MARKETING WORLDWIDE CORPORATION,
                                    :
          Defendant.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

**ORDERED** that a conference has been scheduled in the above-captioned action on **TUESDAY, SEPTEMBER 9, 2008 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       September 2, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

James Wilson Perkins, Esq.
Greenberg Traurig, LLP (NYC)
200 Park Avenue
New York, NY 10166

Robert Manuel Kaplan, Esq.
Ferber Chan Essner & Coller, LLP
530 Fifth Avenue
New York, NY 10036-5101